IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STANLEY D. GREENE,

     Appellant,

v.

CARILLON BEACH, LTD., A
FLORIDA LIMITED
PARTNERSHIP,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4453

_____/

Opinion filed April 6, 2016.

An appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

Gary A. Shipman and Aaron A. White of Dunlap & Shipman, P.A., Santa Rosa Beach, for Appellant.

Bill R. Hutto of Hutto & Bodiford, Panama City, for Appellee.

PER CURIAM.

     AFFIRMED.

RAY, BILBREY, and JAY, JJ., CONCUR.